**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**MICHIE ROBINSON,** *individually and on behalf of*
*V.R., S.R., and S.R.,*

                      **Plaintiff,**

      v.                                           **5:14-CV-0702**
                                                     **(TJM/TWD)**
**CITY OF AUBURN, AUBURN POLICE DEPARTMENT,**
**FINGERLAKES DRUG TASK FORCE, DETECTIVE**
**JEFF CATALFANO, LIEUTENANT ANTHONY,**
**OFFICER ANDREW KALET,**

                      **Defendants.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**


# DECISION & ORDER

## I.    INTRODUCTION

This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Thérèse Wiley-Dancks, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). No objections to Magistrate Judge Wiley-Dancks' January 15, 2015 Order and Report-Recommendation [dkt. # 6] have been filed, and the time to do so has expired.

## II.    DISCUSSION

After examining the record, this Court has determined that the Order and Report-Recommendation is not subject to attack for plain error or manifest injustice.

1

**III.    CONCLUSION**

Accordingly, the Court **ADOPTS** the Order and Report-Recommendation [dkt. # 6] for the reasons stated therein. Therefore, it is hereby

**ORDERED** that claims brought on behalf of Plaintiff's children are DISMISSED without prejudice, and the children's names are to be terminated from the docket; and it is further

**ORDERED** that the claims against the City of Auburn and the illegal search claim are DISMISSED with leave to amend; and it is further

**ORDERED** that the claims against the Auburn Police Department and the Fingerlakes Task Force, and the false imprisonment claim, are DISMISSED without leave to amend; and it is further

**ORDERED** that Defendants Catalfano, Anthony, and Kalet are directed to respond to the false arrest claims in accordance with the Federal Rules of Civil Procedure once they have been served with process; and it is further

**ORDERED** that the Clerk issue a summons and forward it, along with a copy of the complaint and a packet containing General Order 25, to the United States Marshal for service upon Defendants Catalfano, Anthony, and Kalet.

**IT IS SO ORDERED.**

Dated: February 6, 2015

Thomas J. McAvoy
Senior, U.S. District Judge